# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In:

| | | |
|---|---|---|
| April Purnell | ) | Case Number 16-27509 |
| Debtor(s) | ) | Chapter 7 |
| | ) | Judge Deborah L. Thorne |
| | ) | |

## NOTICE OF MOTION

To:

Gus A Paloian, Chapter 7 Trustee, c/o Christopher J Harney, Seyfarth Shaw, LLP, 233 South Wacker Drive, suite 8000, Chicago IL 60606-6448, Attorney for Trustee, via electronic court notification.

April Purnell, 1118 West 110th Street, Chicago IL 60628 Debtor

Attached list of creditors.

Please take notice that on October 18, at 9:30 a.m., I shall appear before the Honorable Deborah L Thorne in Courtroom 613 in the Federal Dirksen Building, 219 Dearborn Street, Chicago, Illinois and present the attached Motion For Status Conference and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he served this notice and the attached objection to claim on October 4, 2018 by First-Class postage, pre-paid to:

The Chapter 7 Trustee listed above via electronic notice; and

Sir Finance Corporation
6140 N Lincoln Ave
Chicago IL 60659

Heritage Acceptance Corporation
121 S Main St
Elkhart, IN 46516

Check into Cash
3024 Belvidere Rd
Waukegan, IL 60085

City of Chicago
Department of Finance
P.O. Box 88292
Chicago, IL 60680-1292

ComEd
3 Lincoln Center
Attn: Bcky Group Claims Dept
Villa Park, IL 60181

Comnwlth Fin
330 S Warminster Rd Ste
Hatboro, PA 19040

Credit Management LP
c/o Comcast Chicago
4200 International Pkwy
Carrollton, TX 75007

DAVID KOCH
RE: WARE REALTY GROUP
5947 W 35TH ST
Cicero, IL 60804

Enhance Recovery Company
c/o AT&T
8014 Bayberry Rd.
Jacksonville, FL 32256

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

JAMES M ODEA
RE: ALLSTATE INSURANCE
10707 W 159TH ST.
Orland Park, IL 60467

Kevin W. Vanderground
c/o Heritage Acceptance Corp
290-B 90th Dr.
Merrillville, IN 46410

Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601

PLS Financial
Attn: Payday Loan Store of Illinois
526 N Manheim
Bellwood, IL 60104

Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216

Transworld Systems Inc
507 Prudential Rd
Horsham, PA 19044

Car Credit Center
7600 S Western Ave
Chicago, IL 60620


/s/ Ross H. Briggs
1525 East 53rd Street, suite 423
Chicago IL 60615
773-220-7007
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In:
April Purnell,   ) Case Number 16-27509
  Debtor(s)    ) Chapter 7
                ) Judge Deborah L. Thorne
                )

### MOTION FOR STATUS CONFERENCE

Now Comes April Purnell, Debtor, by and through Debtor's legal counsel, and hereby requests a status conference pursuant to Rule 7016, Federal Rules of Bankruptcy Procedure, for the purpose of scheduling a deadline by which the Chapter 7 will file his Final Report in this case.

Respectfully submitted,

/s/ Ross H. Briggs, Attorney For Debtor
1525 East 53rd Street, suite 423
Chicago IL 60615
773-220-7007